MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM,                )
                                 )
    Plaintiff,              )
                                 )
v.                               )   Civil No.  3:16-cv-02283
                                 )   Judge Trauger
SPECTRUM TAX RELIEF, LLC, ET AL.,)
                                 )
    Defendants.             )

## O R D E R

On July 7, 2017, the magistrate judge issued a Report and Recommendation (DE #17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The Motion to Dismiss (Docket No. 10) is GRANTED on the issue of lack of personal jurisdiction as to Defendants Montserratt Araujo, Victoria Blasiak, and the Araujo Law Offices, PC and these Defendants are DISMISSED from the action.

2. The Motion to Dismiss (Docket No. 10) is DENIED on the issue of lack of personal jurisdiction as to Defendants Spectrum Tax Relief, LLC, and Manuel Araujo.

3. The Motion to Dismiss (Docket No. 10) is GRANTED as to Count II of the Complaint and this count is DISMISSED for failure to state a claim upon which relief can be granted.

4. The Motion to Dismiss (Docket No. 10) is GRANTED as to Count I of the Complaint as to Defendants Montserratt Araujo, Manuel Araujo, Victoria Blasiak, and the Araujo Law Offices, PC and that this count is DISMISSED as to these Defendants.

This case is returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 28th day of July 2017.

_____
ALETA A. TRAUGER
U.S. District Judge