United States District Court
Middle District Tennessee

| Craig Cunningham | ) |
| --- | --- |
| Plaintiff, Pro-se | ) |
| v. | ) Case NO. 3:16-cv02283 |
| Spectrum Tax Relief, LLC, et. al. | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This Court, for good cause shown in in the Joint Motion to Dismiss With Prejudice, hereby grants the Motion and it is, thus,

ORDERED that Plaintiff's Complaint and Amended Complaint, and all claims asserted therein against each Defendant, are Dismissed with Prejudice.

_____
United States Judge

Date: January 8, 2019